570 A.2d 969

CURTISS–WRIGHT FLIGHT SYSTEMS, INC. v.
FAIRFIELD JERSEY, INC.

October 31, 1989.

Petition for certification denied.

570 A.2d 969

TOWNSHIP OF HOPE v. HERMANN MAIER AND MARIE A.
MAIER, ET AL. AND ROY ZACHARY, ET AL.

October 31, 1989.

Petition for certification denied.